1   SEYFARTH SHAW LLP
    Ashley N. Smith (SBN 339331)
2   ansmith@seyfarth.com
    2029 Century Park East, Suite 3500
3   Los Angeles, California 90067-3021
    Telephone: (310) 277-7200
4   Facsimile: (310) 201-5219

5   SEYFARTH SHAW LLP
    Amanda L. Genovese
6   (*Pro Hac Vice Forthcoming*)
    agenovese@seyfarth.com
7   620 Eighth Avenue, 32nd Floor
    New York, New York 10018-1405
8   Telephone: (212) 218-5500
    Facsimile: (212) 218-5526
9
    Attorneys for Defendant
10  HUMANA INC.

11

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14

15  SAINT MARY MEDICAL CENTER, a          Case No.
    non-profit public benefit corporation,
16                                          **DEFENDANT HUMANA INC.'S**
                   Plaintiff,               **NOTICE OF REMOVAL OF CIVIL**
17                                          **ACTION PURSUANT TO 28 U.S.C.**
          v.                                **§ 1332**
18
    HUMANA, INC., a Delaware for profit     [Filed concurrently with Civil Cover
19  corporation; and DOES 1 THROUGH 25,     Sheet and Certificate of Interested
    INCLUSIVE,                              Parties]
20
                   Defendants.              Action Filed: December 19, 2022
21                                          Amended Complaint (Modifying
                                            Plaintiff's Name & Caption): December
22                                          30, 2022
                                            Served: March 3, 2023
23

24

25

26

27

28

_____
DEFENDANT HUMANA INC.'S NOTICE OF REMOVAL

93366497v.4

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES:**

Please take notice that Defendant Humana Inc. ("Humana") hereby removes this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1332. Removal is proper because this Court has subject matter jurisdiction over this action under diversity jurisdiction pursuant to 28 U.S.C. § 1332, 1441(b) and 1446. Accordingly, Humana removes this action and, in addition, states the following:

**I.    BACKGROUND**

1.    On or about December 19, 2022, a Complaint against Humana was filed by "St. Mary's Regional Medical Center" in the Superior Court for the State of California, County of Los Angeles, Case No. 22STCV39322 (the "State Court Action").

2.    On or about December 30, 2022, a Notice of Errata and Amended Complaint was filed by Plaintiff Saint Mary Medical Center ("Plaintiff") in the State Court Action. The Amended Complaint purports to correct Plaintiff's name and the case caption.

3.    On March 3, 2023, Humana was served with the Complaint and Summons, as well as the Notice of Errata and Amended Complaint, in the State Court Action.

4.    In accordance with 28 U.S.C, § 1446(a), a true and correct copy of all process, pleadings, and orders from the State Court Action are collectively attached hereto as **Exhibit A**. Upon information and belief, no other related process, pleadings or orders have been served.

5.    Because Humana was served on March 3, 2023, removal is timely because this Notice of Removal is filed thirty days after the service, as required by 28 U.S.C. § 1446(b)(1) and Fed. R. Civ. P. 6(a)(1).

6.    Removal is also proper because Humana, the only named defendant, consents to removal of the State Court Action to this Court.

7.    In accordance with 28 U.S.C. § 1446(d), a copy of Humana's Notice of Filing of Notice of Removal, which is being filed contemporaneously with the Clerk of the

DEFENDANT HUMANA, INC.'S NOTICE OF REMOVAL

93366497v.4

Superior Court for the State of California, County of Los Angeles, is attached hereto as **Exhibit B**.

8.      In accordance with 28 U.S.C. § 1446(d), Humana is contemporaneously serving this Notice of Removal on all adverse parties.

## II.    VENUE

9.      Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place where the State Court Action is pending.  Specifically, Plaintiff filed the State Court Action in the Superior Court for the State of California, County of Los Angeles (*see* Exhibit A), which is located within the Central District of California.  The State Court Action may be removed to this Court.

## III.   GROUNDS FOR REMOVAL

10.     The Court has original jurisdiction of this dispute under 28 U.S.C. § 1332(a)(1).  The State Court Action is removable pursuant 28 U.S.C. ¶ 1441(a) because (1) the amount in controversy is in excess of $75,000, exclusive of interest and costs, and (2) this dispute is between citizens of different states.

### A.    Diversity of Citizenship

11.     In the Complaint, Plaintiff alleges that it "is a non-profit benefit corporation established and recognized pursuant to the Constitution of the State of California," with its principle place of business in "the City of Long Beach, County of Los Angeles, State of California."  (Am. Compl. ¶ 1.)

12.     Therefore, Humana is informed and believes that—at all relevant times—Plaintiff is a resident and citizen of the State of California.

13.     As the only named defendant in the Amended Complaint, Plaintiff alleges that Humana is a "for-profit corporation organized and existing pursuant to the laws of the State of Delaware," with its principle place of business in "Louisville, County of Jefferson, State of Kentucky."  (*Id.* ¶ 2.)

14.     Therefore, as Plaintiff correctly noted, Humana is not a citizen of the State of California.

93366497v.4

15.     Pursuant to 28 U.S.C. § 1441(a), the residence of fictious and unknown defendants should be disregarded for purposes of establishing removal jurisdiction under 28 U.S.C. § 1332.  *See Fristoe v. Reynolds, Co.*, 615 F. 2d 1209, 1213 (9th Cir. 1980).  The existence of DOES 1 through 25 does not deprive this Court of jurisdiction.

**B.     Amount in Controversy**

16.     To satisfy the amount in controversy requirement for purposes of removal, "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold."  *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014).

17.     As explained by the Ninth Circuit, "it is facially apparent from the complaint that the jurisdictional amount is in controversy" where a plaintiff alleges a specific amount of damages in its complaint.  *Lowdermilk v. U.S. Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007) (citations omitted).

18.     While Humana denies any liability as to Plaintiff's claims, the amount in controversy is satisfied because Plaintiff seeks monetary relief from Humana "for the principal sum to be proven at trial but not less than $77,618.71."  (Am. Compl., Prayer for Relief, ¶ 1.)  Thus, the amount in controversy exceeds the statutory amount under 28 U.S.C. § 1332.

**IV.     RESERVATION OF RIGHTS**

19.     Humana denies the allegations contained in Plaintiff's Complaint and file this Notice of Removal without waiting any defenses, objections, exceptions, and/or obligations that may exist in its favor in either state or federal court.

20.     Humana does not concede in any way that (i) Plaintiff has asserted a claim upon which relief can be granted, (ii) Plaintiff has standing to sue, and/or (iii) recovery of any of the amounts sought is authorized or appropriate under the alleged letters of agreement referenced in the Amended Complaint or the terms of the operative benefits plans.

21.     Humana reserves the right to amend or supplement this Notice of Removal.

DEFENDANT HUMANA, INC.'S NOTICE OF REMOVAL

22.     To the extent any questions arise as to the propriety of the removal of the State Court Action, Humana expressly requests the opportunity to present a brief, oral argument, and any further evidence necessary in support of the position that this action is removable.

WHEREFORE, in accordance with the authorities set forth above, Humana Inc. hereby removes this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California, and requests such other and further relief as the Court deems appropriate and just.

DATED: March 30, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
Ashley Smith
Amanda L. Genovese (*Pro Hac Vice Forthcoming*)

Attorneys for Defendant
HUMANA INC.

DEFENDANT HUMANA, INC.'S NOTICE OF REMOVAL

93366497v.4

# EXHIBIT A

Electronically FILED by Superior Court of California, County of Los Angeles on 12/20/2022 11:30 AM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Gonzalez,Deputy Clerk
22STCV39322

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** HUMANA, INC, a Delaware for profit corporation;
*(AVISO AL DEMANDADO):* and DOES 1 THROUGH 25, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:** SAINT MARY'S REGIONAL MEDICAL CENTER,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* a non-profit public benefit corporation

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: Superior Court of California County<br>*(El nombre y dirección de la corte es):* Los Angeles<br>Stanley Mosk Courthouse | CASE NUMBER:<br>*(Número del Caso):* 22STCV39322 |

111 N. Hill Street, Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Michelle A, Wedderburn, Esq. (SBN 287316)
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Law offices of Stephenson, Acquisto & Colman, Inc., 303 N. Glenoaks Blvd., Suite, 700, Burbank, CA 91502 (818) 559-4477

| DATE: 12/20/2022<br>*(Fecha)* | Sherri R. Carter Executive Officer / Clerk of Court | Clerk, by<br>*(Secretario)* | M. Gonzalez | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* HUMANA, INC. a Delaware for profit corporation
   under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

 Print this form    Save this form    Clear this form

Electronically FILED by Superior Court of California, County of Los Angeles on 12/19/2022 01:50 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk
22STCV39322

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Yolanda Orozco

1  LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
2  JOY STEPHENSON-LAWS, ESQ.   (SBN 113755)
   RICHARD A. LOVICH, ESQ.   (SBN 113472)
3  rlovich@sacfirm.com
4  KARLENE ROGERS-ABERMAN, ESQ. (SBN 237883)
   kaberman@sacfirm.com
5  MICHELLE A. WEDDERBURN, ESQ. (SBN 287316)
6  mwedderburn@sacfirm.com
   303 N. Glenoaks Blvd., Suite 700
7  Burbank, CA 91502
8  Telephone:  (818) 559-4477
   Facsimile:   (818) 559-5484
9
   Attorneys for Plaintiff, SAINT MARY'S REGIONAL MEDICAL
10 CENTER

11

12                        SUPERIOR COURT OF CALIFORNIA
13                       FOR THE COUNTY OF LOS ANGELES
14                            UNLIMITED JURISDICTION
15

16
   SAINT MARY'S REGIONAL                   Case No.:   22STCV39322
17 MEDICAL CENTER, a non-profit
18 public benefit corporation,             COMPLAINT FOR DAMAGES FOR
                                           BREACH OF WRITTEN CONTRACT
19                Plaintiff,

20      vs.

21 HUMANA, INC., a Delaware for profit
22 corporation; and DOES 1 THROUGH
   25, INCLUSIVE,
23
24               Defendants.

25

26
   ////
27

28
   26467                              - 1 -   COMPLAINT FOR DAMAGES FOR: 1. BREACH OF
                                             WRITTEN CONTRACT.

1

2

## **PARTIES**

3    1.    Plaintiff SAINT MARY'S REGIONAL MEDICAL CENTER
4  (the "ST. MARY") is a California non-profit public benefit corporation established
5  and recognized pursuant to the Constitution of the State of California. ST. MARY
6  has its principal place of operation in the City of Long Beach, County of Los
7  Angeles, State of California. ST. MARY provides medical care to patients.

8

9    2.    Defendant Humana, Inc. ("Humana") is a for-profit corporation
10  organized and existing pursuant to the laws of the State of Delaware. Humana has
11  its principal place of business in Louisville, County of Jefferson, State of
12  Kentucky. Humana is in the business of arranging for the provision of health care
13  services to its enrollees and/or paying for the provision of health care services to its
14  enrollees and/or paying for or reimbursing part of all of the costs for those services.

15

16    3.    ST. MARY is unaware of the true names and capacities,
17  whether corporate, associate, individual, partnership or otherwise of defendants
18  Does 1 through 25, inclusive, and therefore sues such defendants by such fictitious
19  names. ST. MARY will seek leave of the Court to amend this complaint to allege
20  their true names and capacities when ascertained.

21

22    4.    Humana and Does 1 through 25, inclusive, shall be collectively
23  referred to as "Humana".

24

25    5.    Defendants, and each of them, at all relevant times, have
26  transacted business in the State of California. The violations alleged within this
27  complaint have been and are being carried out in the State of California.

28

26467    - 2 -    COMPLAINT FOR DAMAGES FOR: 1. BREACH OF
WRITTEN CONTRACT.

6. At all relevant times each of the defendants, including the defendants named "Doe," was and is the agent, employee, employer, joint venturer, representative, alter ego, subsidiary, and/or partner of one or more of the other defendants, and was, in performing the acts complained of herein, acting within the scope of such agency, employment, joint venture, or partnership authority, and/or is in some other way responsible for the acts of one or more of the other defendants.

## COMMON FACTUAL BACKGROUND

7. On the dates indicated on Exhibit 1, ST. MARY provided medically necessary treatment to the individuals listed in Exhibit 1 (the "Patients").[1]

8. ST. MARY is informed and believes and thereon alleges that at all relevant times the Patients were beneficiaries of health plans sponsored, administered, and/or funded by Humana.

9. The claims set forth in Exhibit 1 are subject to the Letter of Agreement, effective January 1, 2009 (the "LOA"). Pursuant to the LOA, ST. MARY agreed to provide medically necessary services to various Humana enrollees. In exchange, Humana agreed to pay ST. MARY for the health care services rendered to those patients at the rates set forth in the LOA ("LOA Rates"). ST. MARY rendered medically necessary services to the Patients as set forth in Exhibit 1.

[1] In deference to the Patient's privacy concerns enumerated in Cal. Const. art. I, § 1 as well as the Health Insurance Portability and Accountability Act of 1996 (42 U.S.C. §§ 1230d *et seq.*), the Patient has been identified by initials only.

1    10.    ST. MARY timely and properly submitted the billed charges to
2    Humana, for payment by Humana.

3

4    11.    Humana failed to properly pay ST. MARY for the medically
5    necessary services rendered to the Patients, despite demands therefor.

6

7                    **FIRST CAUSE OF ACTION**

8                    (Breach of Written Contract)

9          (Against defendants Humana and Does 1 through 25, inclusive)

10    12.    ST. MARY incorporates by reference and re-alleges paragraphs
11    1 through 11 as though set forth in full.

12

13    13.    As stated above, under the LOA, ST. MARY agreed to provide
14    medically necessary services to Humana beneficiaries in exchange for which
15    Humana agreed to pay the LOA Rates to ST. MARY pursuant to the terms of the
16    LOA.

17

18    14.    ST. MARY provided medically necessary services to the
19    Patients listed in Exhibit 1 and performed all conditions, covenants, and promises
20    required on its part to be performed in accordance with the terms and conditions of
21    the LOA.

22

23    15.    Under the LOA, Humana is obligated to reimburse ST. MARY
24    at various payment rates depending on the type of service provided. The total
25    charges pertaining to the Patients amounted to $339,044.38.

26

27

28

26467                          - 4 -    COMPLAINT FOR DAMAGES FOR: 1. BREACH OF
                                         WRITTEN CONTRACT.

1    16.    ST. MARY demanded that Humana perform its obligations to
2  properly reimburse ST. MARY at the LOA Rates for the medical services, supplies
3  and/or equipment rendered to the Patients.
4
5    17.    Humana breached the LOA by failing to pay fully, much less to
6  timely pay ST. MARY the amount due under the LOA, without excuse.
7
8    18.    As a result of the breaches by Humana, ST. MARY suffered
9  damages in a sum to be proven at trial but not less than $77,618.71 exclusive of
10  interest.
11
12                        **PRAYER FOR RELIEF**
13
14  **WHEREFORE**, ST. MARY prays for judgment as follows:
15
16    1.    for the principal sum to be proven at trial but not less than
17  $77,618.71;
18
19    2.    for interest on such principal sum at the rate of fifteen percent
20  (15%) per annum, pursuant to Cal. Health & Safety Code § 1371; or, in the
21  alternative, for interest on such principal sum at the rate of 10% per annum,
22  pursuant to Cal. Civ. Code § 3289.
23
24  ///
25
26  ///
27
28  ///

26467                                    - 5 -    COMPLAINT FOR DAMAGES FOR: 1. BREACH OF
                                                   WRITTEN CONTRACT.

1  Dated: December 19, 2022

2

3

4

5                                    LAW OFFICES OF STEPHENSON,
                                        ACQUISTO & COLMAN, INC.
6

7                                         *Michelle Wedderburn signature*

8                                    MICHELLE A. WEDDERBURN, ESQ.
                                              Attorneys for
9                                    SAINT MARY'S REGIONAL MEDICAL
                                                CENTER
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

26467                                   - 6 -    COMPLAINT FOR DAMAGES FOR: 1. BREACH OF
                                                 WRITTEN CONTRACT.

# EXHIBIT 1

ST. MARY MEDICAL CENTER - SOUTHERN CALIFORNIA V. HUMANA

FC 26467

| No. | File No | Admission Date | Discharge Date | Provider Name | Total Charges | Total Underpaid |
|-----|---------|----------------|----------------|---------------|---------------|-----------------|
| 1 | 070004659036 | 09/07/2020 | 09/09/2020 | ST. MARY MEDICAL CENTER - SOUTHERN CALIFORNIA | $64,511.51 | $10,611.49 |
| 2 | 070002100918 | 04/01/2018 | 04/02/2018 | ST. MARY MEDICAL CENTER - SOUTHERN CALIFORNIA | $20,901.87 | $8,224.85 |
| 3 | 070000456429 | 09/20/2016 | 09/20/2016 | ST. MARY MEDICAL CENTER - SOUTHERN CALIFORNIA | $20,910.00 | $8,263.64 |
| 4 | 070001562662 | 09/28/2017 | 10/17/2017 | ST. MARY MEDICAL CENTER - SOUTHERN CALIFORNIA | $73,294.00 | $8,887.61 |
| 5 | 070002826405 | 12/07/2018 | 12/08/2018 | ST. MARY MEDICAL CENTER - SOUTHERN CALIFORNIA | $32,694.00 | $8,284.70 |
| 6 | 070003362954 | 06/05/2019 | 06/07/2019 | ST. MARY MEDICAL CENTER - SOUTHERN CALIFORNIA | $29,539.00 | $7,517.07 |
| 7 | 070002596479 | 09/19/2018 | 09/22/2018 | ST. MARY MEDICAL CENTER - SOUTHERN CALIFORNIA | $43,742.00 | $9,294.71 |
| 8 | 070001796104 | 12/20/2017 | 12/26/2017 | ST. MARY MEDICAL CENTER - SOUTHERN CALIFORNIA | $53,452.00 | $16,534.64 |
| | | | | | | $77,618.71 |

Electronically FILED by Superior Court of California, County of Los Angeles on 12/30/2022 11:50 AM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Jones,Deputy Clerk

1 | LAW OFFICES OF STEPHENSON, ACQUISTO &
COLMAN, INC.
2 | JOY STEPHENSON-LAWS, ESQ.    (SBN 113755)
3 | jstephenson@sacfirm.com
RICHARD A. LOVICH, ESQ.        (SBN 113472)
4 | rlovich@sacfirm.com
5 | KARLENE ROGERS-ABERMAN, ESQ. (SBN 237883)
kaberman@sacfirm.com
6 | MICHELLE A. WEDDERBURN, ESQ. (SBN 287316)
7 | mwedderburn@sacfirm.com
303 N. Glenoaks Blvd., Suite 700
8 | Burbank, CA 91502
9 | Telephone: (818) 559-4477
Facsimile:  (818) 559-5484
10

11
Attorneys for Plaintiff
12 | SAINT MARY MEDICAL CENTER

13 |                  SUPERIOR COURT OF CALIFORNIA

14 |                  FOR THE COUNTY OF LOS ANGELES

15 |                        UNLIMITED JURISDICTION

16

17 | SAINT MARY MEDICAL CENTER,         Case No.: 22STCV39322

18 |                        Plaintiff,
                                                    **NOTICE OF ERRATA RE**
19 |                                                 **COMPLAINT**
                          v.
20 |
                                                    Complaint Filed:  12/14/2022
21 | HUMANA, INC., a Delaware for profit
corporation; and DOES 1 THROUGH
22 | 25, INCLUSIVE,

23 |                        Defendants.

24

25

26 |          TO THE HONORABLE COURT, ALL PARTIES AND THEIR

27 | ATTORNEYS OF RECORD:

28 |          NOTICE is hereby given by Plaintiff SAINT MARY MEDICAL

---
26467                                  - 1 -    NOTICE OF ERRATA RE COMPLIANT

1  CENTER, a California non-profit public benefit corporation established and
2  recognized pursuant to the Constitution of the State of California, that the
3  Complaint filed on December 14, 2022, inadvertently named Plaintiff as St.
4  Mary's Regional Medical Center instead of Saint Mary Medical Center. Attached
5  hereto as Exhibit A, is a true and correct copy of the First Amended Complaint
6  with the corrected name. Plaintiff apologizes for any inconvenience and/or
7  confusion this error may have caused.

8

9  Dated: 30 December 2022

10

11                              LAW OFFICES OF STEPHENSON,
                                ACQUISTO & COLMAN, INC.
12

13

14                              MICHELLE A. WEDDERBURN, ESQ.
15                              Attorneys for
                                SAINT MARY MEDICAL CENTER
16

17

18

19

20

21

22

23

24

25

26

27

28

26467                    - 2 -    NOTICE OF ERRATA RE COMPLIANT

# EXHIBIT A

1 | LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
2 | JOY STEPHENSON-LAWS, ESQ.    (SBN 113755)
jstephenson@sacfirm.com
3 | RICHARD A. LOVICH, ESQ.       (SBN 113472)
rlovich@sacfirm.com
4 | KARLENE ROGERS-ABERMAN, ESQ. (SBN 237883)
5 | kaberman@sacfirm.com
MICHELLE A. WEDDERBURN, ESQ. (SBN 287316)
6 | mwedderburn@sacfirm.com
7 | 303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
8 | Telephone:  (818) 559-4477
9 | Facsimile:   (818) 559-5484

Attorneys for Plaintiff, SAINT MARY MEDICAL CENTER

SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

UNLIMITED JURISDICTION

| | |
|---|---|
| SAINT MARY MEDICAL CENTER, a non-profit public benefit corporation, | Case No.: 22STCV39322 |
| Plaintiff, | AMENDMENT TO COMPLAINT FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT |
| vs. | |
| HUMANA, INC., a Delaware for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE, | |
| Defendants. | |

////

26467                                              - 1 -          AMENDMENT TO COMPLAINT FOR DAMAGES
FOR: 1. BREACH OF WRITTEN CONTRACT.

1

2

## PARTIES

3       1.      Plaintiff SAINT MARY MEDICAL CENTER ("ST. MARY")
4    is a California non-profit public benefit corporation established and recognized
5    pursuant to the Constitution of the State of California.  ST. MARY has its principal
6    place of operation in the City of Long Beach, County of Los Angeles, State of
7    California.  ST. MARY provides medical care to patients.

8

9       2.      Defendant Humana, Inc. ("Humana") is a for-profit corporation
10   organized and existing pursuant to the laws of the State of Delaware.  Humana has
11   its principal place of business in Louisville, County of Jefferson, State of
12   Kentucky.  Humana is in the business of arranging for the provision of health care
13   services to its enrollees and/or paying for the provision of health care services to its
14   enrollees and/or paying for or reimbursing part of all of the costs for those services.

15

16      3.      ST. MARY is unaware of the true names and capacities,
17   whether corporate, associate, individual, partnership or otherwise of defendants
18   Does 1 through 25, inclusive, and therefore sues such defendants by such fictitious
19   names.  ST. MARY will seek leave of the Court to amend this complaint to allege
20   their true names and capacities when ascertained.

21

22      4.      Humana and Does 1 through 25, inclusive, shall be collectively
23   referred to as "Humana".

24

25      5.      Defendants, and each of them, at all relevant times, have
26   transacted business in the State of California.  The violations alleged within this
27   complaint have been and are being carried out in the State of California.

28

26467                          - 2 -      AMENDMENT TO COMPLAINT FOR DAMAGES
                                          FOR: 1. BREACH OF WRITTEN CONTRACT.

1         6.    At all relevant times each of the defendants, including the

2 defendants named "Doe," was and is the agent, employee, employer, joint venturer,

3 representative, alter ego, subsidiary, and/or partner of one or more of the other

4 defendants, and was, in performing the acts complained of herein, acting within the

5 scope of such agency, employment, joint venture, or partnership authority, and/or

6 is in some other way responsible for the acts of one or more of the other

7 defendants.

8

9                     **COMMON FACTUAL BACKGROUND**

10

11         7.    On the dates indicated on Exhibit 1, ST. MARY provided

12 medically necessary treatment to the individuals listed in Exhibit 1 (the

13 "Patients").[1]

14

15         8.    ST. MARY is informed and believes and thereon alleges that at

16 all relevant times the Patients were beneficiaries of health plans sponsored,

17 administered, and/or funded by Humana.

18

19         9.    The claims set forth in Exhibit 1 are subject to the Letter of

20 Agreement, effective January 1, 2009 (the "LOA"). Pursuant to the LOA, ST.

21 MARY agreed to provide medically necessary services to various Humana

22 enrollees. In exchange, Humana agreed to pay ST. MARY for the health care

23 services rendered to those patients at the rates set forth in the LOA ("LOA Rates").

24 ST. MARY rendered medically necessary services to the Patients as set forth in

25 Exhibit 1.

26

27 [1] In deference to the Patient's privacy concerns enumerated in Cal. Const. art. I, § 1 as well as the Health Insurance Portability and Accountability Act of 1996 (42 U.S.C. §§ 1230d *et seq.*), the Patient has been identified by initials only.

28

26467                     - 3 -     AMENDMENT TO COMPLAINT FOR DAMAGES
                                                  FOR: I. BREACH OF WRITTEN CONTRACT.

1         10.    ST. MARY timely and properly submitted the billed charges to
2    Humana, for payment by Humana.

3

4         11.    Humana failed to properly pay ST. MARY for the medically
5    necessary services rendered to the Patients, despite demands therefor.

6

7    **FIRST CAUSE OF ACTION**

8    (Breach of Written Contract)

9    (Against defendants Humana and Does 1 through 25, inclusive)

10        12.    ST. MARY incorporates by reference and re-alleges paragraphs
11   1 through 11 as though set forth in full.

12

13        13.    As stated above, under the LOA, ST. MARY agreed to provide
14   medically necessary services to Humana beneficiaries in exchange for which
15   Humana agreed to pay the LOA Rates to ST. MARY pursuant to the terms of the
16   LOA.

17

18        14.    ST. MARY provided medically necessary services to the
19   Patients listed in Exhibit 1 and performed all conditions, covenants, and promises
20   required on its part to be performed in accordance with the terms and conditions of
21   the LOA.

22

23        15.    Under the LOA, Humana is obligated to reimburse ST. MARY
24   at various payment rates depending on the type of service provided. The total
25   charges pertaining to the Patients amounted to $339,044.38.

26

27

28

1       16.    ST. MARY demanded that Humana perform its obligations to

2  properly reimburse ST. MARY at the LOA Rates for the medical services, supplies

3  and/or equipment rendered to the Patients.

4

5       17.    Humana breached the LOA by failing to pay fully, much less to

6  timely pay ST. MARY the amount due under the LOA, without excuse.

7

8       18.    As a result of the breaches by Humana, ST. MARY suffered

9  damages in a sum to be proven at trial but not less than $77,618.71 exclusive of

10  interest.

11

12                      **PRAYER FOR RELIEF**

13

14  **WHEREFORE**, ST. MARY prays for judgment as follows:

15

16       1.    for the principal sum to be proven at trial but not less than

17  $77,618.71;

18

19       2.    for interest on such principal sum at the rate of fifteen percent

20  (15%) per annum, pursuant to Cal. Health & Safety Code § 1371; or, in the

21  alternative, for interest on such principal sum at the rate of 10% per annum,

22  pursuant to Cal. Civ. Code § 3289.

23

24  ///

25

26  ///

27

28  ///

1 | Dated: December 30, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.

_MAWedde_

MICHELLE A. WEDDERBURN, ESQ.
Attorneys for
SAINT MARY MEDICAL CENTER

26467
- 6 -     AMENDMENT TO COMPLAINT FOR DAMAGES
FOR: 1. BREACH OF WRITTEN CONTRACT.

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| **COURTHOUSE ADDRESS:**<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>02/07/2023<br>David W. Slayton Executive Officer / Clerk of Court<br>By.    T. De La Paz    Deputy |
| **PLAINTIFF(S):**<br>SAINT MARY'S REGIONAL MEDICAL CENTER | |
| **DEFENDANT(S):**<br>HUMANA, INC. | |
| **NOTICE RE: CONTINUANCE OF HEARING AND ORDER** | **CASE NUMBER:**<br>22STCV39322 |

TO THE PLAINTIFF(S) AND ATTORNEY(S) OF RECORD AND / OR PARTIES IN PROPRIA PERSONA:

You are hereby notified that the Case Management Conference
previously set for hearing on 04/18/2023 in Department 31 has been reset for
hearing in the same department on 06/05/2023 at 9:00 AM .

## ORDER

You are ordered to give notice by mail forthwith of such fact to all parties and to file proof of service of such notice forthwith in the assigned department, located at Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012 .

Dated: 02/07/2023

Yolanda Orozco / Judge
Judicial Officer

**NOTICE RE: CONTINUANCE OF HEARING AND ORDER**

LACIV XXX
LASC Approved 00-00

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.<br>Michelle A. Wedderburn, Esq. 287316<br>303 N. Glenoaks Blvd., Suite 700, Burbank, CA 91502 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (818) 559-4477    FAX NO. (Optional): (818) 559-5484<br>E-MAIL ADDRESS: mwedderburn@sacfirm.com<br>ATTORNEY FOR (Name): Plaintiff SAINT MARY'S REGIONAL MEDICAL CENTER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME: SAINT MARY'S REGIONAL MEDICAL CENTER CENTER, a non-profit public
benefit corporation v. HUMANA INC., a Delaware for profit corporation

| CIVIL CASE COVER SHEET<br>[x] Unlimited  [ ] Limited<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | Complex Case Designation<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br><br>JUDGE:<br>DEPT.: |
|---|---|---|

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[x] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): 1
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: December 14, 2022
Michelle A. Wedderburn, Esq.
(TYPE OR PRINT NAME)                    ▶ MAWeddel
                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. September 1, 2021]    **CIVIL CASE COVER SHEET**    Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                              **CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3,400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. September 1, 2021]                **CIVIL CASE COVER SHEET**                          Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

 

| SHORT TITLE SAINT MARY'S REGIONAL MEDICAL CENTER, a non-profit public benefit corporation v. HUMANA, INC., a Delaware for profit corporation, and DOES 1 THROUGH 24 INCLUSIVE | CASE NUMBER |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7. Location where petitioner resides. |
| 2. Permissive filing in Central District. | 8. Location wherein defendant/respondent functions wholly. |
| 3. Location where cause of action arose. | 9. Location where one or more of the parties reside. |
| 4. Location where bodily injury, death or damage occurred. | 10. Location of Labor Commissioner Office. |
| 5. Location where performance required, or defendant resides. | 11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6. Location of property or permanently garaged vehicle. | |

| A Civil Case Cover Sheet Case Type | | B Type of Action (check only one) | C Applicable Reasons (see Step 3 above). |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

| SHORT TITLE SAINT MARY'S REGIONAL MEDICAL CENTER, a non-profit public benefit corporation v. HUMANA INC., a Delaware for profit corporation; and DOES 1 THROUGH 25 INCLUSIVE | CASE NUMBER |
|---|---|

| | A. Civil Case Cover Sheet Case Type | B. Type of Action (check only one) | C. Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death | Product Liability (24) | ☐ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| Employment | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| Contract | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☒ 0603 Negligent Breach of Contract/Warranty (no fraud) | ①, 2, 5 |
| | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

LASC CIV 109 Rev. 11/22
For Mandatory Use

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC Local Rule 2.3

| SHORT TITLE SAINT MARY'S REGIONAL MEDICAL CENTER, a non-profit public benefit corporation v. HUMANA INC., a Delaware for profit corporation; and DOES 1 THROUGH 25 INCLUSIVE | CASE NUMBER |
|---|---|

| | A Civil Case Cover Sheet Case Type | B Type of Action (check only one) | C Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Contract (Continued)** | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/ negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation           Number of Parcels _____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer – Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer – Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

| SHORT TITLE SAINT MARY'S REGIONAL MEDICAL CENTER, a non-profit public benefit corporation v. HUMANA INC., a Delaware for profit corporation; and DOES 1 THROUGH 25 INCLUSIVE | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Provisionally Complex Litigation (Continued)** | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2003 Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

| SHORT TITLE SAINT MARY'S REGIONAL MEDICAL CENTER, a non-profit public benefit corporation v. | CASE NUMBER |
|---|---|
| HUMANA INC., a Delaware for profit corporation; and DOES 1 THROUGH 25 INCLUSIVE | |

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON:<br>☒ 1. ☐ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11 | ADDRESS: 1050 Linden Avenue | |
|---|---|---|
| CITY: Long Beach | STATE: CA | ZIP CODE:<br>90813 |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the _____Central_____ District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: __December 14, 2022__

_signature_

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (10/22).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

Electronically FILED by Superior Court of California, County of Los Angeles on 12/19/2022 01:50 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk
22STCV39322

| SHORT TITLE: SAINT MARY'S REGIONAL MEDICAL CENTER, non-profit public benefit corporation v. HUMANA INC., a Delaware for profit corporation; and DOES 1 THROUGH 25INCLUSIVE | CASE NUMBER: 22STCV39322 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7. Location where petitioner resides. |
| 2. Permissive filing in Central District. | 8. Location wherein defendant/respondent functions wholly. |
| 3. Location where cause of action arose. | 9. Location where one or more of the parties reside. |
| 4. Location where bodily injury, death or damage occurred. | 10. Location of Labor Commissioner Office. |
| 5. Location where performance required, or defendant resides. | 11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6. Location of property or permanently garaged vehicle. | |

| | A Civil Case Cover Sheet Case Type | B Type of Action (check only one) | C Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| **Other Personal Injury/ Property Damage/ Wrongful Death** | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

| LASC CIV 109 Rev. 11/22 For Mandatory Use | CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION | LASC Local Rule 2.3 |
|---|---|---|

| SHORT TITLE SAINT MARY'S REGIONAL MEDICAL CENTER, non-profit public benefit corporation v. HUMANA INC., a Delaware for profit corporation; and does 1 THROUGHT 25 INCLUSIVE | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Other Personal Injury/ Property Damage/ Wrongful Death** | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| | Product Liability (24) | ☐ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, S |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☒ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

| SHORT TITLE SAINT MARY'S REGIONAL MEDICAL CENTER, a non-profit public benefit corporation v. HUMANA INC., a Delaware for profit corporation; and DOES 1 THROUGH 25 INCLUSIVE | CASE NUMBER |
| --- | --- |

| | A Civil Case Cover Sheet Case Type | B Type of Action (check only one) | C Applicable Reasons (see Step 3 above) |
| --- | --- | --- | --- |
| **Contract (Continued)** | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation          Number of Parcels _____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer – Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer – Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

| SHORT TITLE SAINT MARY'S REGIONAL MEDICAL CENTER, a non-profit public benefit corporation v. HUMANA INC., Delaware for profit corporation; and DOES 1 THROUGH 25 INCLUSIVE | CASE NUMBER |
|---|---|

| | A Civil Case Cover Sheet Case Type | B Type of Action (check only one) | C Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Provisionally Complex Litigation (Continued)** | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2003 Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE SAINT MARY'S REGIONAL MEDICAL CENTER, a non-profit public benefit corporation v. HUMANA INC., a Delaware for profit corporation, and DOES 1 THROUGH 25 INCLUSIVE | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON:<br>□ 1. ☒ 2. □ 3. □ 4. □ 5. □ 6. □ 7. □ 8. □ 9. □ 10. □ 11 | ADDRESS: 1050 Linden Avenue |
|---|---|
| CITY:  Long Beach  STATE: CA  ZIP CODE: 90813 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the _____Central_____ District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: December 19, 2022

*MAWeddel*

**(SIGNATURE OF ATTORNEY/FILING PARTY)**

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (10/22).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

LASC CIV 109 Rev. 11/22
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

LASC Local Rule 2.3

# EXHIBIT B

1   SEYFARTH SHAW LLP
    Ashley N. Smith (SBN 339331)
2   ansmith@seyfarth.com
    2029 Century Park East, Suite 3500
3   Los Angeles, California 90067-3021
    Telephone:  (310) 277-7200
4   Facsimile: (310) 201-5219

5   SEYFARTH SHAW LLP
    Amanda L. Genovese
6   (*Pro Hac Vice Forthcoming*)
    agenovese@seyfarth.com
7   620 Eighth Avenue, 32nd Floor
    New York, New York  10018-1405
8   Telephone:  (212) 218-5500
    Facsimile: (212) 218-5526
9
    Attorneys for Defendant
10  HUMANA INC.

11

12              SUPERIOR COURT OF THE STATE OF CALIFORNIA

13                      COUNTY OF LOS ANGELES

14

15  SAINT MARY MEDICAL CENTER, a          Case No. 22STCV39322
    non-profit public benefit corporation,
16                                        **DEFENDANT HUMANA INC.'S
                    Plaintiff,            NOTICE OF FILING NOTICE OF
17                                        REMOVAL TO FEDERAL COURT
            v.                            [28 U.S.C. § 1332]**
18
    HUMANA, INC., a Delaware for profit
19  corporation; and DOES 1 THROUGH 25,   Action Filed: December 19, 2022
    INCLUSIVE,                            Amended Complaint (Modifying
20                                        Plaintiff's Name & Caption):  December
                    Defendants.          30, 2022
21                                        Served:  March 3, 2023

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE PLAINTIFF AND ALL ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that a Notice of Removal, minus exhibits (attached hereto as **Exhibit 1**) of this action from the Superior Court of the State of California for the County of Los Angeles to the United States District for the Central District of California (the "Federal Court") was filed on this 31st day of March, 2023, by Defendant Humana Inc. with the Clerk of the Federal Court, thereby effectuating removal of this action.

DATED: March 30, 2023                    Respectfully submitted,

                                         SEYFARTH SHAW LLP


                                         By: _/s/ Ashley N. Smith_
                                         Ashley N. Smith
                                         Amanda L. Genovese (*Pro Hac Vice
                                         Forthcoming*)

                                         Attorneys for Defendant
                                         HUMANA INC.

DEFENDANT HUMANA INC.'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COUR
93479538v.4

# EXHIBIT 1

SEYFARTH SHAW LLP
Ashley N. Smith (SBN 339331)
ansmith@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Amanda L. Genovese
(*Pro Hac Vice Forthcoming*)
agenovese@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorneys for Defendant
HUMANA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT MARY MEDICAL CENTER, a non-profit public benefit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HUMANA, INC., a Delaware for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>    Defendants. | Case No.<br><br>**DEFENDANT HUMANA INC'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1332**<br><br>[Filed concurrently with Civil Cover Sheet and Certificate of Interested Parties]<br><br>Action Filed: December 19, 2022<br>Amended Complaint (Modifying Plaintiff's Name & Caption): December 30, 2022<br>Served: March 3, 2023 |

93366497v.4

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES:**

Please take notice that Defendant Humana Inc. ("Humana") hereby removes this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1332. Removal is proper because this Court has subject matter jurisdiction over this action under diversity jurisdiction pursuant to 28 U.S.C. § 1332, 1441(b) and 1446. Accordingly, Humana removes this action and, in addition, states the following:

## I.      BACKGROUND

1.      On or about December 19, 2022, a Complaint against Humana was filed by "St. Mary's Regional Medical Center" in the Superior Court for the State of California, County of Los Angeles, Case No. 22STCV39322 (the "State Court Action").

2.      On or about December 30, 2022, a Notice of Errata and Amended Complaint was filed by Plaintiff Saint Mary Medical Center ("Plaintiff") in the State Court Action. The Amended Complaint purports to correct Plaintiff's name and the case caption.

3.      On March 3, 2023, Humana was served with the Complaint and Summons, as well as the Notice of Errata and Amended Complaint, in the State Court Action.

4.      In accordance with 28 U.S.C, § 1446(a), a true and correct copy of all process, pleadings, and orders from the State Court Action are collectively attached hereto as **Exhibit A**. Upon information and belief, no other related process, pleadings or orders have been served.

5.      Because Humana was served on March 3, 2023, removal is timely because this Notice of Removal is filed thirty days after the service, as required by 28 U.S.C. § 1446(b)(1) and Fed. R. Civ. P. 6(a)(1).

6.      Removal is also proper because Humana, the only named defendant, consents to removal of the State Court Action to this Court.

7.      In accordance with 28 U.S.C. § 1446(d), a copy of Humana's Notice of Filing of Notice of Removal, which is being filed contemporaneously with the Clerk of the

DEFENDANT HUMANA, INC.'S NOTICE OF REMOVAL

93366497v.4

Superior Court for the State of California, County of Los Angeles, is attached hereto as **Exhibit B**.

8.    In accordance with 28 U.S.C. § 1446(d), Humana is contemporaneously serving this Notice of Removal on all adverse parties.

## II.  VENUE

9.    Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place where the State Court Action is pending. Specifically, Plaintiff filed the State Court Action in the Superior Court for the State of California, County of Los Angeles (*see* Exhibit A), which is located within the Central District of California. The State Court Action may be removed to this Court.

## III.  GROUNDS FOR REMOVAL

10.   The Court has original jurisdiction of this dispute under 28 U.S.C. § 1332(a)(1). The State Court Action is removable pursuant 28 U.S.C. ¶ 1441(a) because (1) the amount in controversy is in excess of $75,000, exclusive of interest and costs, and (2) this dispute is between citizens of different states.

### A.   Diversity of Citizenship

11.   In the Complaint, Plaintiff alleges that it "is a non-profit benefit corporation established and recognized pursuant to the Constitution of the State of California," with its principle place of business in "the City of Long Beach, County of Los Angeles, State of California." (Am. Compl. ¶ 1.)

12.   Therefore, Humana is informed and believes that—at all relevant times—Plaintiff is a resident and citizen of the State of California.

13.   As the only named defendant in the Amended Complaint, Plaintiff alleges that Humana is a "for-profit corporation organized and existing pursuant to the laws of the State of Delaware," with its principle place of business in "Louisville, County of Jefferson, State of Kentucky." (*Id.* ¶ 2.)

14.   Therefore, as Plaintiff correctly noted, Humana is not a citizen of the State of California.

93366497v.4

15.     Pursuant to 28 U.S.C. § 1441(a), the residence of fictious and unknown defendants should be disregarded for purposes of establishing removal jurisdiction under 28 U.S.C. § 1332. *See Fristoe v. Reynolds, Co.*, 615 F. 2d 1209, 1213 (9th Cir. 1980). The existence of DOES 1 through 25 does not deprive this Court of jurisdiction.

**B.     Amount in Controversy**

16.     To satisfy the amount in controversy requirement for purposes of removal, "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014).

17.     As explained by the Ninth Circuit, "it is facially apparent from the complaint that the jurisdictional amount is in controversy" where a plaintiff alleges a specific amount of damages in its complaint. *Lowdermilk v. U.S. Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007) (citations omitted).

18.     While Humana denies any liability as to Plaintiff's claims, the amount in controversy is satisfied because Plaintiff seeks monetary relief from Humana "for the principal sum to be proven at trial but not less than $77,618.71." (Am. Compl., Prayer for Relief, ¶ 1.) Thus, the amount in controversy exceeds the statutory amount under 28 U.S.C. § 1332.

**IV.     RESERVATION OF RIGHTS**

19.     Humana denies the allegations contained in Plaintiff's Complaint and file this Notice of Removal without waiting any defenses, objections, exceptions, and/or obligations that may exist in its favor in either state or federal court.

20.     Humana does not concede in any way that (i) Plaintiff has asserted a claim upon which relief can be granted, (ii) Plaintiff has standing to sue, and/or (iii) recovery of any of the amounts sought is authorized or appropriate under the alleged letters of agreement referenced in the Amended Complaint or the terms of the operative benefits plans.

21.     Humana reserves the right to amend or supplement this Notice of Removal.

4

22.     To the extent any questions arise as to the propriety of the removal of the State Court Action, Humana expressly requests the opportunity to present a brief, oral argument, and any further evidence necessary in support of the position that this action is removable.

WHEREFORE, in accordance with the authorities set forth above, Humana Inc. hereby removes this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California, and requests such other and further relief as the Court deems appropriate and just.

DATED: March 30, 2023                    Respectfully submitted,

SEYFARTH SHAW LLP


By:_____
     Ashley Smith
     Amanda L. Genovese (*Pro Hac Vice Forthcoming*)

     Attorneys for Defendant
     HUMANA INC.

93366497v.4

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA            )
                                    )   SS

3

COUNTY OF LOS ANGELES    )

4

      I am a resident of the State of California, over the age of eighteen years, and not a party to the

5

within action.  My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021.  On March 30, 2023, I served the within document(s):

6

**DEFENDANT HUMANA INC.'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT [28 U.S.C. § 1332]**

7

8

☒ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I

9

am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day

10

with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

11

12

☐ **(BY HAND DELIVERY)** by delivering the document(s) listed above to Nationwide Legal, Inc. for delivery to the person(s) at the address(es) set forth below with instructions that such envelope be personally delivered on _____, 2022.

13

14

☐ **(BY OVERNIGHT MAIL)** by placing the document(s) listed above in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

15

16

☒ **(BY ELECTRONIC MAIL)** by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

17

Law Offices of Stephenson, Acquisto & Colman, Inc.     Attorneys for Plaintiff
Joy Stephenson-Laws, Esq.                             SAINT MARY'S REGIONAL

18

Richard A. Lovich, Esq.                             MEDICAL CENTER
Karlene Rogers-Aberman, Esq.

19

Michelle A. Wedderburn, Esq.              Email: *rlovich@sacfirm.com*
303 N. Glenoaks Blvd., Suite 700                  *kaberman@sacfirm.com*

20

Burbank, CA  91502                             *mwedderburn@sacfirm.com*
Telephone:  (818) 559-4477

21

Facsimile:  (818) 559-5484

22

23

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24

      Executed on March 30, 2023, at Los Angeles, California.

25

26

27

_____
                     Dana M. Hass

28

**CERFICICATE OF SERVICE**

STATE OF CALIFORNIA            )
                               )   SS
COUNTY OF LOS ANGELES          )

       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021.  On March 30, 2023, I served the within document(s):

**DEFENDANT HUMANA INC.'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1332**

☒  **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **(BY HAND DELIVERY)** by delivering the document(s) listed above to Nationwide Legal, Inc. for delivery to the person(s) at the address(es) set forth below with instructions that such envelope be personally delivered on _____, 2022.

☐  **(BY OVERNIGHT MAIL)** by placing the document(s) listed above in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☒  **(BY ELECTRONIC MAIL)** by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Law Offices of Stephenson, Acquisto & Colman, Inc.          Attorneys for Plaintiff
Joy Stephenson-Laws, Esq.                                   SAINT MARY'S REGIONAL
Richard A. Lovich, Esq.                                      MEDICAL CENTER
Karlene Rogers-Aberman, Esq.
Michelle A. Wedderburn, Esq.                                Email: *rlovich@sacfirm.com*
303 N. Glenoaks Blvd., Suite 700                                    *kaberman@sacfirm.com*
Burbank, CA  91502                                                 *mwedderburn@sacfirm.com*
Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

       Executed on March 30, 2023, at Los Angeles, California.

_____
                                                           Dana M. Hass

PROOF OF SERVICE