JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT MARY MEDICAL CENTER, a non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUMANA, INC., a Delaware for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-02385-SVW-MRW<br><br>**ORDER ON JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**<br><br>[Los Angeles County Superior Court Case No. 22STCV39322]<br><br>Action Filed: December 19, 2022<br>Amended Complaint (Modifying Plaintiff's Name & Caption): December 30, 2022<br>Removal filed: March 30, 2023 |

The Court' having considered the parties' Joint Stipulation to Dismiss Case Without Prejudice and Submit to Binding Arbitration,

**HEREBY ORDERS** that, based on the Joint Stipulation filed by the parties, this matter, Case Number 2:23-cv-02385-SVW-MRW, is hereby dismissed without prejudice, with the parties to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: April 28, 2023

Hon. Stephen V. Wilson
United States District Judge